UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PAMELA J. HOOPER,

        Plaintiff,

- against -                                                5:08-CV-0603 (NAM)

COUNTY OF ONONDAGA DISTRICT ATTORNEY,

        Defendant.

---

APPEARANCES:                           OF COUNSEL:

Pamela J. Hooper
252 Grant Blvd. #4
Syracuse, New York 13206
Plaintiff, *Pro Se*

**Norman A. Mordue, Chief U.S. District Judge**

ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 18th day of June 2008.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

    After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections having been submitted thereto, it is

    ORDERED, that:

    1.  The Report-Recommendation is hereby approved.

    2.  Plaintiff's complaint (Dkt. No. 1) is dismissed for failure to state a claim.  Plaintiff may file an amended complaint on or before **August 8, 2008.**  If plaintiff fails to file an amended complaint on or before August 8, 2008, the Clerk shall enter judgment dismissing this action

without further order of this court.

    3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: July 9, 2008
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge